UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOANNE EILEEN BRACHT,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO.  CV-10-316-CI<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is remanded to the Commissioner for additional proceedings pursuant to sentence four 42 USC Section 405(g).  Defendant's Motion for Summary Judgment is **DENIED.**

DATED this 6th day of February, 2012.

                                          JAMES R. LARSEN<br>
                                          District Court Executive/Clerk

                                       By:  s/Renea Ferrante<br>
                                                     Deputy Clerk

cc: all counsel